**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SAMMIE M. GARCIA, ) | |
| ID # 675975, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:15-CV-0792-D |
| ) | |
| WILLIAM STEPHENS, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and petitioner's motion to proceed *in forma pauperis* is denied.

**SO ORDERED**.

May 27, 2015.

                                                SIDNEY A. FITZWATER
                                                UNITED STATES DISTRICT JUDGE